## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

GEORGE A. GUY,              )
                                   )
       Plaintiff,          )
                                   )
vs.                          )     Case No. CIV-05-0075-F
                                   )
JO ANNE B. BARNHART,      )
Commissioner of the Social Security   )
Administration,            )
                                   )
       Defendant.      )

## <u>ORDER</u>

This matter comes before the court on plaintiff George A. Guy's "Motion by Appeal to Object to 'Order and Recommendation' filed on October 21, 2005." Mr. Guy's Motion has been docketed, properly, as an objection to Magistrate Judge Robert E. Bacharach's Report and Recommendation of October 21, 2005. (Objection at doc. no. 30; Report and Recommendation at doc. no. 29.) Defendant Barnhart, the Commissioner of the Social Security Administration, has not objected to the Report.

As required by 28 U.S.C. § 636, the court has reviewed all objected to matters de novo. It has also reviewed all other matters addressed in the magistrate judge's findings and recommendations. Having reviewed all issues, the court finds that no purpose would be served by restating here any of the magistrate judge's findings or analyses and concludes that none of the matters presented in plaintiff's objections support any findings or determinations different from those already found or recommended by the magistrate judge.

Therefore, the Report and Recommendation of Magistrate Judge Bacharach is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**, and the Social Security

Administration's denial of benefits is **REVERSED** and **REMANDED** with directions for an award of SSI to the Plaintiff, with the amount of payments left to the Social Security Administration to determine on remand.

Dated this 14th day of November, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0075p003 (pub).wpd